HELEN E. JUDSON, as Administratrix of the Estate of DAVID H. JUDSON, Deceased, Respondent, *v.* JOHN FIELDING, Appellant, Impleaded with Another.

(Argued April 1, 1930; decided May 6, 1930.)

*H. D. Bailey* for appellant.

*Robert E. Dineen* for respondent.

Judgment against defendant Fielding affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.